# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>KURT J. MYRIE et al.,<br><br>    Defendants. | 2:06-cr-00239-RCJ-PAL-1<br><br>**ORDER** |

  Defendant Kurt Myrie pled guilty in this Court to four crimes related to a bank robbery. The Court entered judgment on April 21, 2008. Defendant appealed, and the Court of Appeals affirmed. The Court later denied Defendant's habeas corpus motion under 28 U.S.C. § 2255. Defendant now asks the Court to relieve him from judgment under Civil Rule 60(b). The Government correctly responds that the motion is in substance a successive § 2255 motion. Defendant must ask the Court of Appeals for leave to file such a motion pursuant to 28 U.S.C. § 2244. *See* 28 U.S.C. § 2255(h).

///

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Relief from Judgment (ECF No. 200) is DENIED.

IT IS SO ORDERED.

Dated:  January 9, 2015.

_____
ROBERT C. JONES
United States District Judge