# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KURT J. MYRIE, *et al.*,<br><br>Defendants. | Case No.: 2:06-CR-00239-RCJ-PAL<br><br>**ORDER VACATING COURT ORDER (ECF #207)** |

**MINUTE ORDER IN CHAMBERS**

IT IS HEREBY ORDERED that Court Order (ECF #207) denying Defendants Kurt J. Myrie, Harlon B. Jordan and Dominic A. Davis Motion for Appointment of Counsel (ECF Nos. 203, 204, 205) is VACATED.  The Clerk of the Court shall vacate the order from the docket.

IT IS FURTHER ORDERED that the Motions to Reconsider (ECF Nos. 220, 221) are DENIED as MOOT.

IT IS SO ORDERED this 21st day of July, 2016.

_____
ROBERT C. JONES
District Judge