# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KURT J. MYRIE, *et al.,*<br><br>Defendants. | Case No.: 2:06-CR-00239-RCJ-PAL<br><br><br>**ORDER** |

The District of Nevada issued a General Order 2015-03 providing for the appointment of counsel to certain offenders with career criminal or armed career criminal status who may qualify for federal habeas relief under 28 U.S.C. § 2255 in light of the United States Supreme Court's opinion in *Johnson v. United States*, 135 S. Ct. 2551 (2015).  Accordingly,

IT IS HEREBY ORDERED that Defendants Motions for Appointment of Counsel (ECF Nos. 203, 204, 205) are GRANTED.  The Federal Public Defender for the District of Nevada is hereby appointed to represent Mr. Myrie, Mr. Davis and Mr. Jordan consistent with the First Amended General Order 2015-03.

IT IS FURTHER ORDERED that the Emergency Motion for Reconsideration of Order Denying Motions for Appointment of Counsel Pursuant to the First Amended General Order 2015-03 (ECF #210) is DENIED as MOOT.

IT IS SO ORDERED this 22nd day of July, 2016.

_____
ROBERT C. JONES
District Judge